# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| TYWAN A. BEASLEY | : | CIVIL ACTION |
| 2400 Battersea Pl., Apt. 101 | : | |
| Windsor Mill, MD 21244 | : | |
| | : | NO. |
| v. | : | |
| NATIONAL RAILROAD PASSENGER | : | |
| CORPORATION (AMTRAK) | : | JURY TRIAL DEMANDED |
| 60 Massachusetts Avenue | : | |
| Washington, D.C. 20002 | : | |

## **COMPLAINT**

1. The plaintiff herein is Tywan A. Beasley, a citizen and resident of Maryland, residing at 2400 Battersea Place, Apartment 101, Windsor Mill, Maryland 21244.

2. The action arises under the Act of Congress, April 22, 1908, c. 149, 35 Stat. 65, and amendments thereto, U.S.C.A. Title 45, Sec. 51 et seq., and further amended by the Act of Congress, approved by the President of the United States on August 11, 1939, Chapter 685 - First Session of the 76th Congress, known and cited as "The Federal Employers' Liability Act".

3. Defendant, National Railroad Passenger Corporation (hereinafter referred to as "Amtrak"), is a corporation duly organized and existing under and by virtue of the laws of the District of Columbia with its principle place of business at the above address, and which regularly does business in the District of Columbia and through the United States of America.

4. All the acts alleged to have been done or not to have been done by the Defendant were done or not done by the Defendant, its agents, servants, workmen and/or employees acting in the course and scope of its employment for and on behalf of the Defendant.

5. At all times material hereto, Plaintiff was employed by Defendant.

6. All of the property, equipment and operations involved in the accident herein referred to were owned by and under the control of the Defendant, its agents, servants and/or employees.

7. At the time and place hereinafter mentioned, the acts of omission and commission causing the injuries to the plaintiff were done by the defendant, its agents, servants and/or employees, acting in the course and scope of their employment with and under the control of the defendant.

8. On or about November 8, 2019 and for some time prior thereto, plaintiff was employed by defendant, National Railroad Passenger Corporation, as an Electrician and on that date, in the performance of his duties, he was caused to sustain the serious, permanent and painful personal injuries, more particularly hereinafter described. While switching southbound train from electric to diesel he injured and/or aggravated his spinal nerves when he twisted in back on the train platform when he stepped on discharged debris and a slippery substance. As a result of the negligence and carelessness of Defendant, Plaintiff sustained physical, mental and emotional injuries hereinafter described.

9. The negligence and carelessness of the Defendant consisted of the following, inter alia:

    a) Failing to provide Plaintiff with a safe place to work;

    b) Failing to provide adequate walking space;

    c) Failing to provide proper storage of rail jacks in utility trucks;

    d) Failing to provide proper staffing to complete ground work;

    e) Failing to maintain said equipment in a condition which would protect and safeguard the Plaintiff; **(WHAT AM I PUTTING HERE?)**

10.	As a result of the aforesaid, Plaintiff suffered injuries to his shoulders and cervical spine, including but not limited to rotator tears.  Plaintiff has been advised that some or all of the above may be permanent in nature.

11.	As a result of the aforesaid, Plaintiff had incurred a medically determinable physical impairment which prevented Plaintiff from performing all or substantially all of the material acts and duties which constitute his usual and customary work and limited his mobility and daily activities as well as enjoyment of life.

12.	As a direct result of the defendants' negligence, through their agents, servants, workmen and/or employees, the Plaintiff was unable to attend to his usual duties and occupations, all of which caused substantial financial loss.

**WHEREFORE**, Plaintiff Tywan A. Beasley claims all remedies available under the Federal Employer's Liability Act (FELA).

             **KELLER & GOGGIN, P.C**.

By:	*/s/ James M. Duckworth*
   JAMES M. DUCKWORTH, ESQUIRE
   D.C. Bar Id. #PA0058
   jduckworth@keller-goggin.com
   Keller & Goggin, P.C.
   1420 Walnut Street, Suite 1108
   Philadelphia, PA 19102
   Telephone: (215) 735-8780
   Fax: (215) 735-5126